UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD DEMATO,

    PLAINTIFF

V.                                    CIVIL ACTION NO. 3:02CV0034(CFD)

NORTHWESTERN MUTUAL LIFE    FEBRUARY 17, 2004
INSURANCE CO.,

    DEFENDANT

<u>MOTION BY CONSENT TO EXTEND DEADLINES IN PARTIES'
RULE 26(F) REPORT OF PLANNING MEETING</u>

    The plaintiff, Richard Demato, moves with the consent of the defendant to extend the deadlines set forth in the Report of the Parties' Planning Meeting as amended. The parties have agreed to mediate their disputes before a private mediator, David Geronemus, in May 2004. The requested extensions will give the parties time to pursue a settlement. As extended the new deadlines would be as follows:

**NO ORAL ARGUMENT REQUESTED**

| | |
|---|---|
| Close of Fact Discovery: | October 1, 2004 |
| Reports from plaintiffs' experts: | October 1, 2004 |
| Opposing expert reports due: | November 15, 2004 |
| Rebuttal reports due: | January 6, 2005 |
| Close of Expert Discovery: | January 6, 2005 |
| Damages Analyses from any party who has a claim or counterclaim for damages: | January 6, 2005 |
| Motions for Summary Judgment due: | February 3, 2005 |
| Joint Trial Memorandum due: or 60 days after an order on motion for summary judgment, whichever is later | March 15, 2005 |
| Ready for Trial: or 60 days after an order on motion for summary judgment, whichever is later | after March 22, 2005 |

In support of this motion, the plaintiff represents as follows:

1. The parties have diligently worked toward a settlement and have narrowed the issues for mediation, or if necessary, trial.

2. There is good cause to extend the deadlines set forth in the parties' planning memorandum to permit the parties ample time to explore private mediation and settlement.

3. Plaintiff's counsel has conferred with counsel for the defendant who joins in this motion.

WHEREFORE, the plaintiff requests that the deadlines in the parties' planning memorandum as set forth above.

THE PLAINTIFF

By: /s/ Nancy L. Walker
NANCY L. WALKER (ct14658)
Clendenen & Shea, LLC
P.O. Box 301
400 Orange Street
New Haven, Connecticut  06502
203/787-1183

CERTIFICATION:

This is to certify that a copy of the foregoing was mailed postage prepaid to Francis H. Morrison, III, Esq., & Deborah S. Russo, Esq., Day, Berry & Howard, LLP, CityPlace I, Hartford, CT 06103-3499 on the 17 day of February, 2004.

/s/ Nancy L. Walker
CLENDENEN & SHEA, LLC