#35

FILED
2004 FEB 19 P 1: 14
U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD DEMATO,

    PLAINTIFF

V.                               CIVIL ACTION NO. 3:02CV0034(CFD)

NORTHWESTERN MUTUAL LIFE    FEBRUARY 17, 2004
INSURANCE CO.,

    DEFENDANT

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 3/1/04

## MOTION BY CONSENT TO EXTEND DEADLINES IN PARTIES' RULE 26(F) REPORT OF PLANNING MEETING

The plaintiff, Richard Demato, moves with the consent of the defendant to extend the deadlines set forth in the Report of the Parties' Planning Meeting as amended. The parties have agreed to mediate their disputes before a private mediator, David Geronemus, in May 2004. The requested extensions will give the parties time to pursue a settlement. As extended the new deadlines would be as follows:

**NO ORAL ARGUMENT REQUESTED**

FILED
2004 MAR -3 A 8:08
U.S. DISTRICT COURT
HARTFORD, CT.