UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD DEMATO,

    PLAINTIFFS

V.                          CIVIL ACTION NO. 3:02CV0034(CFD)
                          APRIL 1, 2004

NORTHWESTERN MUTUAL LIFE
INSURANCE CO.

    DEFENDANT

<u>APPEARANCE</u>

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for plaintiff.

Dated: April 1, 2004

<u>CT. 14658</u>
BAR NUMBER

SIGNATURE

*[signature]*

<u>Nancy L. Walker</u>
PRINT NAME

<u>CLENDENEN & SHEA, LLC</u>
FIRM NAME

<u>P.O. BOX 301</u>
ADDRESS

<u>NEW HAVEN, CT</u>    <u>06502</u>
CITY    STATE    ZIP CODE

<u>203/787-1183</u>
PHONE NUMBER

CERTIFICATION:

        This is to certify that a copy of the foregoing was mailed postage prepaid to Francis H. Morrison, III, Esq., & Deborah S. Russo, Esq., Day, Berry & Howard, LLP, CityPlace I, Hartford, CT 06103-3499 on the 1st day of April, 2004.

_____
CLENDENEN & SHEA, LLC