# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD DeMATO,<br>    Plaintiff | :<br>:<br>: |
| v. | : Civil Action No. 3:02 CV 34(CFD)<br>: |
| NORTHWESTERN MUTUAL LIFE<br>INSURANCE COMPANY,<br>    Defendant. | :<br>:<br>: |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

____    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

____    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

____    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

____    A recommended ruling on the following motions which are currently pending:  (orefm.)

____    A ruling on the following motion which is currently pending:  (orefm.)

_X_    A settlement conference (orefmisc./cnf)

____    A conference to discuss and approve the following:  (orefmisc./cnf)

____    Other:  (orefmisc./misc) _____

SO ORDERED this __13th__ day of July 2004, at Hartford, Connecticut.

 /s/CFD
Christopher F. Droney
United States District Judge