UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD DEMATO,

    PLAINTIFF

V.    CIVIL ACTION NO. 3:02CV0034(CFD)

NORTHWESTERN MUTUAL LIFE    JULY 21, 2004
INSURANCE CO.,

    DEFENDANT

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. The parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by the plaintiff. This Stipulation for Dismissal with Prejudice hereby is respectfully filed by the parties set forth below.

THE PLAINTIFF

By: _____
William H. Clendenen, Jr. (ct04261)
Clendenen & Shea, LLC
P.O. Box 301
400 Orange Street
New Haven, Connecticut  06502
203/787-1183

THE DEFENDANT

By: /s/ Deborah S. Russo
Deborah S. Russo (ct18818)
Day, Berry & Howard, LLP
CityPlace I
Hartford, CT 06103-3499
860/275-0100

CERTIFICATION:

    This is to certify that a copy of the foregoing was mailed postage prepaid to Deborah S. Russo, Esq., Day, Berry & Howard, LLP, CityPlace I, Hartford, CT 06103-3499 on the 21st day of July, 2004.

CLENDENEN & SHEA, LLC

2