UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD DEMATO,

    PLAINTIFF

V.                              CIVIL ACTION NO. 3:02CV0034(CFD)

NORTHWESTERN MUTUAL LIFE    JULY 21, 2004
INSURANCE CO.,

    DEFENDANT

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the parties hereby stipulate to a dismissal with prejudice of the above matter. The parties stipulate to dismiss, with prejudice, all claims that were or could have been raised by the plaintiff. This Stipulation for Dismissal with Prejudice hereby is respectfully filed by the parties set forth below.

                                                    THE PLAINTIFF

                                        By:  _____
                                             William H. Clendenen, Jr. (ct04261)
                                           Clendenen & Shea, LLC
                                           P.O. Box 301
                                           400 Orange Street
                                           New Haven, Connecticut   06502
                                           203/787-1183

*[Handwritten notations in margins: "39", "Approved and so ordered", "Turner 8/4/04", FILED stamps dated 2004 JUL 28 and 2004 AUG -2, U.S. District Court, Hartford, CT]*